HIGHWAY ENGINEERING & CONSTRUCTION COMPANY v.
HILLSBOROUGH COUNTY

176 So. 76.
Opinion Filed September 30, 1935
On Rehearing July 31, 1937.
Further Rehearing Denied September 15, 1937.

*Knight, Thompson & Turner, Bedell & Bedell, A. C. Turner* and *George C. Bedell,* for Appellant;

*John B. Sulton, H. C. Tillman* and *W. F. Himes,* for Appellee;

*Kay, Adams, Ragland & Kurz, Wm. E. Kay* and *Thomas B. Adams,* as *amici curiae.*

TERRELL, J.—The bill of complaint in this case, the statute involved, and the relief prayed for are in all material respects the same as we find exhibited in Gulf Life Insurance Company, a corporation, v. Hillsborough County, decided and filed this date. In the latter case the complainant was the assignee of the certificates brought in question while in this case the complainant was the original holder. The instant case is accordingly disposed of on authority of Gulf Life Insurance Company versus Hillsborough County.

The decision of this Court in C. E. Webb, and J. L. and W. L. Cone, Co-partners as Cone Brothers, for the Use and Benefit of C. E. Webb v. Hillsborough County, filed this date, is also pertinent and should be read in connection with this case.

Reversed on authority of and under same conditions as Gulf Life Insurance Company, a corporation, v. Hillsborough County, *supra.*

Reversed.

WHITFIELD, C. J., and BUFORD, and DAVIS, J. J., concur.

BROWN, J., dissents.

### ON PETITION FOR REHEARING

TERRELL, J.—The petition for rehearing in this cause has been examined including the arguments and briefs of counsel which are found to be in substantial accord with that filed in C. E. Webb, *et al.,* v. Hillsborough County, reviewed and disposed of this date.

Our former judgment herein is accordingly affirmed on authority of the last cited case.

Affirmed.

ELLIS, C. J., and BUFORD, and CHAPMAN, J. J., concur.

BROWN, J., dissents.